UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-10383-DDP (KS)                                    Date: February 1, 2021

Title   _Belinda C. Bedell v. Whiteman et al_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On November 12, 2020, Belinda C. Bedell ("Plaintiff"), a California resident proceeding _pro se_ and _in forma pauperis_, filed a complaint (the "Complaint") against Centinela Hospital and several police officers in connection with her arrest for child endangerment and child custody proceedings.  (Dkt. No. 1.) On November 19, 2020, the Court dismissed the Complaint for failure to state a claim upon which relief could be granted and ordered Plaintiff to file, within fourteen (14) days, a First Amended Complaint correcting the defects identified by the Court. (Dkt. No. 7.) On December 18, 2020, at Plaintiff's request (Dkt. No. 11), the Court granted Plaintiff an extension—to and including January 10, 2021—to file the First Amended Complaint.  (Dkt. No. 13.) On December 28, 2020, the United States Postal Service returned the Court's December 18, 2020 Order to the Court marked "Return to Sender Attempted – Not Known Unable to Forward."  (Dkt. No. 14.)

More than 30 days have passed since the Court's December 18, 2020 order was returned to the Court marked undeliverable, and more than three weeks have passed since Plaintiff's First Amended Complaint was due.  To date, Plaintiff has neither filed the First Amended Complaint nor notified the Court of a change of address, and she has not otherwise communicated with the Court about her case since December 15, 2020.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-10383-DDP (KS)                                                    Date: February 1, 2021

Title   *Belinda C. Bedell v. Whiteman et al*

rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's December 18, 2020 Order.

In addition, Local Rule 41-6 states that "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action." Thus, because more than 30 days have passed since the Court's December 18, 2020 Order was returned undelivered by the Postal Service, and Plaintiff has not notified the Court of her current address, the Court has a second basis for recommending dismissal for want of prosecution.

However, in the interests of justice, plaintiff is **ORDERED TO SHOW CAUSE on or before February 15, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing:

> (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury that establishes good cause for Plaintiff's failure to comply with the Local Rules and the Court's December 18, 2020 order; or

> (2) a First Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, she may dismiss the Complaint without prejudice by filing a signed documented entitled "Notice Of Voluntary Dismissal" pursuant to Fed. R. Civ. P. 41(a). **Plaintiff is advised that her failure to timely comply with this order will lead the Court to recommend dismissal pursuant to Local Rule 41-6 and Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

|                       | :     |
|----------------------:|-------|
| **Initials of Preparer** | gr |